On motion to withdraw as counsel for appellant filed September 1, motion to withdraw as counsel denied November 2, 1983

## STATE OF OREGON,
*Respondent,*

*v.*

## TIMOTHY PIPER,
*Appellant.*

(T83-4-176; CA A28854)

671 P2d 119

Michael R. Lehman, Coos Bay, appeared for motion.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

In this criminal case, the motion by counsel for the indigent defendant to withdraw is denied until he can inform us that defendant has been advised of his withdrawal. *State v. Horine,* 64 Or App 532, 669 P2d 797 (1983).

Motion to withdraw as counsel denied.